UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE JOHNSON,

    Petitioner,　　　　　　　　　　　　　　　　　Case No. 14-14319
v.　　　　　　　　　　　　　　　　　　　　　　　　　HON. AVERN COHN

JEFFREY WOODS,

    Respondent.
_____/

**ORDER DENYING PETITIONER'S MOTION FOR IMMEDIATE RELEASE**
**(Doc. 16)**

I.

This is a habeas case under 28 U.S.C. § 2254. Before the Court is Petitioner's motion for immediate release, in which he seeks an order releasing him on bond pending resolution of his petition. For the reasons that follow, the motion will be denied.

II.

To receive bond pending a decision on the merits of a habeas corpus petition, a petitioner must show a substantial claim of law based on the facts surrounding the petition and the existence of "some circumstance making the [motion for bond] exceptional and deserving of special treatment in the interests of justice." Dotson v. Clark, 900 F.2d 77, 79 (6th Cir. 1990). "There will be few occasions where a prisoner will meet this standard." Dotson, 900 F.2d at 79. Petitioner's motion fails to establish the existence of any extraordinary and exceptional circumstances which merit release on bond.

III.

Accordingly, Petitioner's motion for immediate release is **DENIED**.

SO ORDERED.

                                          S/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated: January 7, 2016
        Detroit, Michigan